**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

LONG ISLAND SPIRITS, INC., d/b/a LIV,

Plaintiff,

v.

LIV GOLF INCORPORATED; DAOU VINEYARDS, LLC; TREASURY WINE ESTATES; CHRISTOPHER HECK; KATHERINE O'REILLY; and DOES 1–10,

Defendants.

-------------------------------------------------------------- x

Case No. 2:26-cv-01710-JMA-JMW

**SUGGESTION OF BANKRUPTCY AND NOTICE OF THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on September 8, 2026, Liv Golf Incorporated (the "Debtor"), a defendant in the above-captioned action (the "Action"), commenced a bankruptcy case along with numerous of its affiliates (the "Chapter 11 Case") in the United States Bankruptcy Court for the District of New Jersey, by filing a voluntary petition for relief under Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor's Chapter 11 Case is now pending under the caption *In re: LIV Golf New Jersey LLC, et al*, Chapter 11, Case No. 26-20189. A copy of the Petition is annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that, based on the filing, it has been suggested that this Action has been automatically stayed pursuant to Section 362(a) of the Bankruptcy Code as of the commencement of the Debtor's Chapter 11 Case. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any

act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case…" 11 U.S.C. §§ 362(a)(1) & (6).

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Debtor's Chapter 11 Case may be obtained by reviewing the docket of the Chapter 11 Case, available electronically at https://www.njb.uscourts.gov/ (PACER login and password required), or by contacting counsel for the Debtor: Cole Schotz P.C., attention Michael D. Sirota, Esq., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601; msirota@coleschotz.com; Tel. 201-489-3000.

Dated: New York, New York
September 8, 2026

HERRICK, FEINSTEIN LLP

By: /Barry Werbin/

Barry Werbin, Esq.
bwerbin@herrick.com
Milton Springut
mspringut@herrick.com
Joshua Herman
jherman@herrick.com
2 Park Avenue
New York, New York 10016
212.592.1418

Attorneys for Defendants

TO: ALL COUNSEL OF RECORD