HERRICK

**Barry Werbin**
Counsel
Phone: +1 (212) 592-1418
**bwerbin@herrick.com**

November 18, 2026

***Via ECF***

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Long Island Spirits, Inc. v. LIV Golf Incorporated, et al.*, No. 2:26-cv-01710-JMA-JMW
Response to Plaintiff's Nov. 13, 2026, Letter re Order to Show Cause

Dear Judge Azrack:

We represent the DAOU Defendants (Treasury Wine Estates Americas Company ("Treasury Wine") and DAOU Vineyards, LLC ("DAOU")) and write pursuant to the Court's November 9, 2026 Order to Show Cause in response to Plaintiff's letter dated November 13, 2026 (ECF No. 66).

The DAOU Defendants agree that, in light of LIV Golf's dissolution, Plaintiff's pending motion for a preliminary injunction is now moot.

Consistent with their prior representations to the Court (ECF Nos. 62, 64), the DAOU Defendants reconfirm that they (1) have not, since LIV Golf's bankruptcy filing on September 8, 2026, disseminated any LIV GOLF promotional materials; (2) will not disseminate any such materials in the future; and (3) will use reasonable efforts to recall and destroy any such materials that may remain with their distributors, retailers, and other third parties. As the DAOU Defendants have previously communicated to Plaintiff, they have already taken these steps.

Accordingly, the DAOU Defendants respectfully submit that the motion for a preliminary injunction should be withdrawn or denied as moot. The DAOU Defendants reserve all of their rights and defenses.

Respectfully submitted,

Barry Werbin

cc: All counsel of record (via ECF)